IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID ROBINSON,                :
                               :
    Petitioner,            :
                               :
v.                             :     1:14-cv-00269
                               :
WAYNE J. GAVIN, et al.         :     Hon. John E. Jones III
                               :
    Respondents.           :

ORDER

**March 30, 2015**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is direct to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

                BY THE COURT:

                s/John E. Jones III
                John E. Jones III
                United States District Judge